DISTRICT COURT OF THE SOUTHERN DISTRICT
OF THE STATE OF NEW YORK
-----------------------------------------------------------------X

AVRAHAM NACHIMOVSKY and                    INDEX # 07-CIV-7915
MYRIAM NACHIMOVSKY,

                                  Plaintiffs
                                                                          **ORDER**

        -against-

THE TOWN OF THOMPSON, NEW YORK
THE VILLAGE OF MONTICELLO, NEW YORK,
THE COUNTY OF SULLIVAN, NEW YORK
THE STATE OF NEW YORK
THE FIRE DEPARTMENT OF THE TOWN
OF MONTICELLO, NEW YORK, THE FIRE
DEPARTMENT OF THE TOWN OF
THOMPSON, NEW YORK
The Concord Hotel and JOHN DOE
(John Doe being a fictitious name of a person who
allegedly ordered the burning of the property of plaintiffs)

                                   Defendants
-----------------------------------------------------------------X

       Upon request of Yoram Nachimovsky, attorney for Plaintiffs Avraham Nachimovsky and Myriam Nachimovsky, the time for Plaintiffs to serve the Summons and Complaint upon the Defendants is hereby extended until February 7, 2008 [to allow] the parties to continue settlement negotiation.

DATED: January 7, 2008

                                                                  /s/ William C. Conner
                                                               Hon. William C. Conner