DISTRICT COURT OF THE SOUTHERN DISTRICT
OF THE STATE OF NEW YORK
-----------------------------------------------------------------------X
AVRAHAM NACHIMOVSKY and
MYRIAM NACHIMOVSKY,

                                   Plaintiffs

                                                                   Index # 07-CIV-7915

                                                                            **ORDER**

                      -against-

THE TOWN OF THOMPSON, NEW YORK
THE VILLAGE OF MONTICELLO, NEW YORK,
THE COUNTY OF SULLIVAN, NEW YORK
THE STATE OF NEW YORK
THE FIRE DEPARTMENT OF THE TOWN
OF MONTICELLO, NEW YORK, THE FIRE
DEPARTMENT OF THE TOWN OF
THOMPSON, NEW YORK
The Concord Hotel and JOHN DOE
(John Doe being a fictitious name of a person who
allegedly ordered the burning of the property of plaintiffs)

                                   Defendants
-----------------------------------------------------------------------X

      Upon request of Yoram Nachimovsky, attorney for the Plaintiffs, the time for the Plaintiffs to serve the Summons and Complaint upon the defendants is hereby extended until May 2, 2008 to allow the parties to continue settlement negotiations.

Dated: March 14, 2008

                                                                                                         _____
                                                                                                            Hon. William C. Conner

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____]

                                                                                           COPIES MAILED TO COUNSEL OF RECORD_____