**ORIGINAL**

DISTRICT COURT OF THE SOUTHERN DISTRICT
OF THE STATE OF NEW YORK
-----------------------------------------------------------------X
AVRAHAM NACHIMOVSKY and
MYRIAM NACHIMOVSKY,

                     Plaintiffs

Index # 07-CIV-7915 (WCC)

ECF CASE

**ORDER**

    -against-

THE TOWN OF THOMPSON, NEW YORK
THE VILLAGE OF MONTICELLO, NEW YORK,
THE COUNTY OF SULLIVAN, NEW YORK
THE STATE OF NEW YORK
THE FIRE DEPARTMENT OF THE TOWN
OF MONTICELLO, NEW YORK, THE FIRE
DEPARTMENT OF THE TOWN OF
THOMPSON, NEW YORK
The Concord Hotel and JOHN DOE
(John Doe being a fictitious name of a person who
allegedly ordered the burning of the property of plaintiffs)

                     Defendants
-----------------------------------------------------------------X

Upon request of Yoram Nachimovsky, attorney for the Plaintiffs, the time for the

Plaintiffs to serve the Summons and Complaint upon the defendants is hereby extended until

June 16, 2008 to allow the parties to continue settlement negotiations.

Dated: May 2, 2008

                                                       Hon. William C. Conner



COPIES FAXED TO COUNSEL OF RECORD 5/2/08